UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ROGERS,

    Petitioner,                      No. CV 10-01439 LHK (PR)

    v.                                    **JUDGMENT** IN A CIVIL CASE

ROBERT HOREL,

    Respondent.
_____/

    Pursuant to the Order Denying Petition for Writ of Habeas Corpus filed September 20, 2011,

    it is Ordered, Adjudged and Decreed

    that judgment be entered in favor of Respondent.

    IT IS SO ORDERED.

Dated: September 20, 2011

                                                         Richard W. Wieking, Clerk

                                                         By: <u>Martha Parker Brown</u>
                                                               <u>Deputy Clerk</u>