UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ROGERS,

    Petitioner,

    v.

ROBERT HOREL,

    Respondent.
_____/

No. CV 10-01439 LHK (PR)

**JUDGMENT** IN A CIVIL CASE

Pursuant to the Order Denying Petition for Writ of Habeas Corpus filed September 20, 2011,

it is Ordered, Adjudged and Decreed

that judgment be entered in favor of Respondent.

IT IS SO ORDERED.

Dated: September 20, 2011

Richard W. Wieking, Clerk

By: <u>Martha Parker Brown</u>
<u>Deputy Clerk</u>